UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Derrick U Dennis, on behalf of himself and all others similarly situated,

                Plaintiffs,

-against-

Cityvines, Inc.,

                Defendant.

Case No. 1:18-cv-07150-DLI-ST

**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendant, Cityvines, Inc., shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(ii) without prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:    Queens, New York
             May 2, 2019

                          Respectfully submitted,

                          By: */s/Jonathan Shalom*
                          Jonathan Shalom, Esq.
                          SHALOM LAW, PLLC.
                          Phone: (718) 971-9474
                          Email: Jshalom@JonathanShalomLaw.com
                          *Attorneys for Plaintiff*

                          By:*/s/Michael J. Laszlo*
                          Michael J. Laszlo
                          Attorney
                          **LaszloLaw®**
                          2595 Canyon Blvd. Suite 210
                          Boulder, CO 80302
                          303.704.6927